IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO.: 16-6076 |
| v. | : | |
| | : | |
| GLOBAL MUSIC RIGHTS, LLC, | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR TELEPHONIC CONFERENCE
TO SCHEDULE HEARING ON PRELIMINARY INJUNCTION MOTION
<u>AND MEMORANDUM IN SUPPORT</u>**

Plaintiff Radio Music License Committee, Inc. ("RMLC") respectfully moves the Court to hold a telephonic conference this week to discuss a schedule for the hearing on RMLC's motion for a preliminary injunction (Dkt No. 3). RMLC's motion seeks to prevent the imminent irreparable harm that Defendant Global Music Rights, LLC ("GMR") is threatening to perpetrate on the U.S. commercial radio industry beginning January 1, 2017. Without a preliminary injunction, GMR will be free to sue commercial radio stations for copyright infringement or force them into taking a license whose effects will cascade into RMLC's negotiations with other performing rights organizations, inflicting harm that is not recoverable in damages from GMR.

RMLC filed its complaint and preliminary injunction motion on November 18, 2016, and provided courtesy copies of those papers to GMR on November 20.[1] On November 23, the Honorable Judge Darnell Jones, II referred this matter to the Honorable Magistrate Judge Lynne A. Sitarski "for a hearing and Report and Recommendation regarding Plaintiff's Motion for Preliminary Injunction" (Dkt No. 9).

---

[1] RMLC perfected formal service on GMR's registered agent on November 29, 2016.

In light of the looming January 1 deadline, RMLC respectfully requests that the Court hold a telephone conference this week to set a schedule for the preliminary injunction hearing. Daniel M. Petrocelli from O'Melveny & Meyers LLP has advised counsel for RMLC that he will be representing GMR in this litigation. Although Mr. Petrocelli has not yet formally appeared in this case, RMLC will be providing this motion to him via email and overnight mail. If the Court schedules a telephone conference this week, counsel for RMLC will promptly notify Mr. Petrocelli.

Dated:  December 5, 2016                    Respectfully submitted,

/s/  Peter J. Mooney
Peter J. Mooney
WHITE & WILLIAMS LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
Telephone: (215) 864-7164
Facsimile: (215) 789-7664
Email: mooneyp@whiteandwilliams.com

Margaret M. Zwisler (*pro hac vice pending*)
Jennifer L. Giordano (*pro hac vice pending*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Margaret.Zwisler@lw.com
Email: Jennifer.Giordano@lw.com

Alfred C. Pfeiffer, Jr. (*pro hac vice pending*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Al.Pfeiffer@lw.com

Attorneys for Plaintiff
Radio Music License Committee

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on December 5, 2016, the foregoing Motion for Telephonic Conference to Schedule Hearing on Preliminary Injunction Motion and Memorandum in Support, and Proposed Order, were electronically filed using the CM/ECF System and served on the following counsel for Defendant via email and via overnight mail:

    Daniel M. Petrocelli
    O'Melveny & Myers LLP
    1999 Avenue of the Stars
    Los Angeles, CA 90067-6035

and served on the following registered agents for Defendant via overnight mail:

    Leeann Hard
    Global Music Rights, LLC
    201 Santa Monica Boulevard, Suite 480
    Santa Monica, CA 90401

    Paracorp Inc.
    Global Music Rights, LLC
    2140 S. Dupont Highway
    Camden, DE 19934

                                  /s/  Peter J. Mooney_____
                                  Peter J. Mooney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RADIO MUSIC LICENSE COMMITTEE, INC.,** : <br>    Plaintiff,   : <br>                      : <br> v.                  : <br>                      : <br> **GLOBAL MUSIC RIGHTS, LLC,** : <br>    Defendant.   : | **CIVIL ACTION** <br> **NO.: 16-6076** |

**[PROPOSED] ORDER**

**AND NOW**, this __ day of December, 2016, upon consideration of Plaintiff's Motion for Telephonic Conference to Schedule Hearing on Preliminary Injunction Motion, **IT IS HEREBY ORDERED** that a conference shall be held by telephone on December _____, at _____. Counsel for Plaintiff shall initiate the call to Chambers.

BY THE COURT,

_____
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE