IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-6076 |
| | : | |
| GLOBAL MUSIC RIGHTS, LLC., | : | |
| Defendant | : | |

**O R D E R**

AND NOW, this 9th day of January, 2017, upon careful and independent consideration of Plaintiff's Motion for Preliminary Injunction (Dkt No. 3), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Dkt No. 39), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Motion is DENIED as MOOT.

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II   J.