## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL MUSIC RIGHTS, LLC, <br><br> Defendant. | Civil Action <br><br> No. 2:16-cv-06076-CDJ <br><br> Judge C. Darnell Jones, II |

### RADIO MUSIC LICENSES COMMITTEE, INC.'S AND GLOBAL MUSIC RIGHTS, LLC'S JOINT CONSENT MOTION TO ESTABLISH BRIEFING SCHEDULE FOR MOTION TO DISMISS

Pursuant to the Court's January 11, 2017 Order (Dkt. No. 47), Plaintiff Radio Music License Committee ("RMLC") and Defendant Global Music Rights, LLC ("GMR") jointly respectfully request that the Court enter the parties' agreed briefing schedule to establish deadlines for GMR's motion to dismiss RMLC's Complaint (Dkt. No. 1).  The grounds for this motion are as follows:

The parties have conferred and have agreed that, if it is acceptable to the Court, GMR shall file any motion to dismiss on January 20, 2017, RMLC shall have until February 17, 2017 to file its opposition to GMR's motion, and GMR shall have until March 3, 2017 to file its motion for leave to submit a reply brief accompanied by its proposed reply.  RMLC further agrees not to oppose GMR's motion for leave to file such a reply.  The parties have further agreed that by submitting this joint motion, GMR does not waive its right to assert a lack of personal jurisdiction or improper venue.

The parties' jointly respectfully request that the Court grant this motion and enter the attached proposed order reflecting this briefing schedule.

Dated:  January 13, 2017                                Respectfully submitted,


/s/ Margaret M. Zwisler                                 /s/ Daniel M. Petrocelli
Margaret M. Zwisler (*pro hac vice*)                    Daniel M. Petrocelli (*pro hac vice*)
Jennifer L. Giordano (*pro hac vice*)                   David Marroso (*pro hac vice*)
William L. Rinner (*pro hac vice*)                      O'MELVENY & MYERS LLP
David L. Johnson (*pro hac vice*)                       1999 Avenue of the Stars, 8th Floor
LATHAM & WATKINS LLP                                    Los Angeles, CA 90067
555 Eleventh Street, N.W., Suite 1000                   Telephone:  (310) 553-6700
Washington, D.C. 20004                                  dpetrocelli@omm.com
Telephone:  (202) 637-2200                              dmarroso@omm.com
Margaret.Zwisler@lw.com
Jennifer.Giordano@lw.com
William.Rinner@lw.com
David.Johnson@lw.com

Alfred C. Pfeiffer, Jr. (*pro hac vice*)                Edward Hassi (*pro hac vice*)
LATHAM & WATKINS LLP                                    Richard Parker (*pro hac vice*)
505 Montgomery Street, Suite 2000                       O'MELVENY & MYERS LLP
San Francisco, CA 94111                                 1625 Eye Street, N.W.
Telephone:  (415) 361-0600                              Washington, D.C. 20006
Al.Pfeiffer@lw.com                                      Telephone:  (202) 383-5300
                                                        ehassi@omm.com
                                                        rparker@omm.com

Peter J. Mooney                                         John G. Harkins, Jr.
WHITE & WILLIAMS LLP                                    Neil C. Kling
1650 Market Street                                      HARKINS CUNNINGHAM LLP
One Liberty Place, Suite 1800                           4000 Two Commerce Square
Philadelphia, PA 19103                                  2001 Market Street
Telephone:  (215) 864-7164                              Philadelphia, PA 19103-7044
mooneyp@whiteandwilliams.com                            Telephone:  (215) 851-6700
                                                        jharkins@harkinscunningham.com
                                                        nkling@harkinscunningham.com


*Attorneys for Plaintiff*                               *Attorneys for Defendant*
Radio Music License Committee, Inc.                     Global Music Rights, LLC

## CERTIFICATION OF COUNSEL

The undersigned certifies that, on January 13, 2017, counsel for RMLC conferred with counsel for defendant GMR regarding the relief sought by this motion and that all parties agree to the proposed briefing schedule for GMR's motion to dismiss RMLC's Complaint, RMLC's opposition to that motion, and GMR's motion for leave to file a reply.  This motion is unopposed and consented to by all parties.

/s/ Margaret M. Zwisler
Margaret M. Zwisler (*pro hac vice*)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on January 13, 2017, a true and correct copy of the foregoing Radio Music License Committee, Inc.'s and Global Music Rights, LLC's Joint Consent Motion To Establish Briefing Schedule for Motion To Dismiss was served on all counsel of record by the Court's electronic filing system (CM/ECF).


/s/ Margaret M. Zwisler
Margaret M. Zwisler (*pro hac vice*)