IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL MUSIC RIGHTS, LLC, <br><br> Defendant. | Civil Action No. 16-6076 <br><br> Judge: Hon. C. Darnell Jones II |

**DEFENDANT GLOBAL MUSIC RIGHTS, LLC'S MOTION TO DISMISS OR TO TRANSFER VENUE**

Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), Defendant Global Music Rights, LLC ("GMR") hereby moves the Court for an order dismissing the Complaint of Plaintiff Radio Music License Committee, Inc. ("RMLC") for lack of personal jurisdiction, for improper venue, and for failure to state a claim upon which relief can be granted. In the alternative, pursuant to 28 U.S.C. § 1404(a), GMR moves to transfer this lawsuit to the Central District of California.

GMR requests that this Court dismiss the Complaint, or in the alternative, transfer this lawsuit to the Central District of California. In support of this motion, GMR submits the concurrently filed (i) Memorandum Of Law In Support Of Defendant's Motion To Dismiss Or To Transfer Venue, (ii) Declaration Of Randy Grimmett In Support Of Defendant's Motion To Dismiss Or To Transfer Venue, (iii) Declaration Of David Marroso In Support Of Defendant's Motion To Dismiss Or To Transfer Venue, and (iv) Proposed Order.

Dated:  January 20, 2017	Respectfully submitted,

By: */s/ David Marroso*
    David Marroso (*pro hac vice*)
    dmarroso@omm.com
    Daniel M. Petrocelli (*pro hac vice*)
    dpetrocelli@omm.com
    O'MELVENY & MYERS LLP
    1999 Avenue of the Stars
    Los Angeles, California  90067
    Telephone:  (310) 553-6700
    Facsimile:  (310) 246-6779

    Richard G. Parker (*pro hac vice*)
    rparker@omm.com
    Edward D. Hassi (*pro hac vice*)
    ehassi@omm.com
    O'MELVENY & MYERS LLP
    1625 Eye Street, NW
    Washington, DC 20006
    Telephone:  (202) 383-5300
    Facsimile:  (202) 383-5414

    Neill C. Kling
    nkling@harkinscunningham.com
    HARKINS CUNNINGHAM LLP
    4000 Two Commerce Square
    2001 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 851-6700

*Attorneys for Global Music Rights, LLC*