IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL MUSIC RIGHTS, LLC, <br><br> Defendant. | Civil Action No. 16-6076 <br><br> Judge: Hon. C. Darnell Jones II |

**ORDER**

AND NOW, this ____ day of _____, 2017, upon consideration of the Defendant Global Music Rights' ("GMR's") Motion to Dismiss under Rules 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure or to Transfer Venue, and any response thereto, it is hereby ORDERED that GMR's Motion to Dismiss is GRANTED. Civil Action No. 2:16-CV-6076-CDJ shall be dismissed. GMR's Motion to Transfer Venue is DENIED as moot.

                                             _____
                                             C. Darnell Jones, II
                                             United States District Judge

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL MUSIC RIGHTS, LLC, <br><br> Defendant. | Civil Action No. 16-6076 <br><br> Judge: Hon. C. Darnell Jones II |

**[ALTERNATIVE] ORDER**

AND NOW, this ____ day of _____, 2017, upon consideration of the Defendant Global Music Rights' ("GMR's") Motion to Dismiss under Rules 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure or to Transfer Venue, and any response thereto, it is hereby ORDERED that GMR's Motion to Transfer Venue is GRANTED.

_____
C. Darnell Jones, II
United States District Judge

2