IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL MUSIC RIGHTS, LLC,<br><br>　　　　Defendant. | Civil Action No. 16-6076<br><br>Judge: Hon. C. Darnell Jones II |

## CERTIFICATE OF SERVICE

The undersigned certifies that, on January 20, 2017, a true and correct copy of the foregoing Motion To Dismiss Or To Transfer Venue, as well as true and correct copies of the Memorandum Of Law In Support of Defendant's Motion to Dismiss Or To Transfer Venue, Declaration Of Randy Grimmett In Support Of Defendant's Motion To Dismiss Or To Transfer Venue, Declaration Of David Marroso In Support Of Defendant's Motion To Dismiss Or To Transfer Venue, and Proposed Order, were served on all counsel of record by the Court's electronic filing system (CM/ECF).

　　　　　　　　　　　　　　　　　　　　*/s/ David Marroso*
　　　　　　　　　　　　　　　　　　　　David Marroso (*pro hac vice*)

1