IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADIO MUSIC LISCENSE COMMITTEE INC.,<br>　　Plaintiff,<br><br>v.<br><br>GLOBAL MUSIC RIGHTS, LLC<br>　　Defendant. | CIVIL ACTION<br>NO. 16-6076 |

## ORDER

**AND NOW**, this 8th day of June, 2017, upon consideration of Defendant's Motion to Dismiss or to Transfer Venue (Dkt No. 51), and Plaintiff's subsequently filed First Amended Complaint (Dkt No. 52), it is hereby **ORDERED** that Defendant's Motion (Dkt No. 51) is hereby **DENIED AS MOOT**.

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II    J.