UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL MUSIC RIGHTS, LLC, <br><br> Defendant. | Civil Action <br><br> No. 2:16-cv-06076-CDJ <br><br> Judge C. Darnell Jones, II |

## ORDER

AND NOW, this 10th day of January, 2018, upon consideration of Radio Music License Committee, Inc.'s ("RMLC") Motion For Leave To File Reply In Support Of Objections To Report And Recommendation, it is hereby ORDERED that the motion is GRANTED, and that the Clerk of Court is hereby directed to accept for filing RMLC's Reply brief.

BY THE COURT,

_____
Hon. C. Darnell Jones, II
United States District Judge