IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADIO MUSIC LICENSE COMMITTEE, INC. | : | |
| Plaintiff, | | CIVIL ACTION |
| | : | NO. 16-6076 |
| v. | | |
| GLOBAL MUSIC RIGHTS, LLC | : | |
| Defendant. | | |

## **ORDER**

AND NOW, this 18th day of May, 2018, it is hereby ORDERED that Defendant's Motions for Telephonic Status Conferences (Doc. Nos. 97, 107) are hereby DENIED as MOOT.

BY THE COURT:

/s/ C. Darnell Jones, II    J.